## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

**ROBBIE CHRISHON,**
7403 9th Street, N.W.
Washington, D.C. 20012                                  :
                                                        :
                                                        :
                                                        :
                        **Plaintiff,**                  :
                                                        :
                                                        :
**v.**                                                  :        **Civil Action No.:**_____
                                                        :
                                                        :        **JURY TRIAL DEMANDED**
**MIKE JOHANNS, SECRETARY**                             :
**DEPARTMENT OF AGRICULTURE**                           :
**1400 Independence Avenue, SW**                        :
Washington, D.C. 20250                                  :
                                                        :
                        **Defendant.**                  :

### COMPLAINT
#### (Employment Discrimination)

      1.      Plaintiff, Robbie Chrishon, brings this civil action pursuant to Title VII of the

Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e -16(c), alleging that she has been and

continues to be subjected to on-the-job discrimination based on her race (black), her color (brown)

and her gender.

### JURISDICTION

      2.      This Court has jurisdiction over the subject matter of this civil action pursuant to

42 U.S.C. 2000e-16(c).  Plaintiff has fully exhausted her available administrative remedies by

lodging a formal administrative complaint of employment discrimination with the United States

Department of Agriculture, Office of Civil Rights within ninety days of receiving a Final Agency

Decision with respect to that formal administrative complaint of discrimination.

### VENUE

      3.      Venue is proper in this judicial district as the conduct giving rise to the claims

made herein occurred at the Forest Services Division of the U.S. Department of Agriculture which is

located in the District of Columbia.   Further, Plaintiff works for the U.S. Department of Agriculture

in this jurisdiction and defendants maintains its personnel records of Plaintiff in this jurisdiction.

## PARTIES

4.       Plaintiff, Robbie Chrishon, (hereinafter "Ms. Chrishon" or "Plaintiff"), is an

African – American citizen of the United States and the District of Columbia.   She is currently

employed by the U.S. Department of Agriculture, Forest Service Division ("Agency") as a Special

Assistant to the Deputy Chief of Business Operations.   Ms. Chrishon has been with the Agency since

1998.   She was currently employed by the Agency as the Director of Acquisition Management from

1998 to 2003 and obtained her SES (Senior Executive Service) certification on November 22, 2004.

5.       Defendant Mike Johanns is the Secretary of the U.S. Department of Agriculture

(the "Agency"), which is an independent agency within the Executive Branch of the United States

government.   It has more than 500 employees.   Mr. Johanns is responsible for the personnel actions,

omissions and practices within the Department of Agriculture.   He is being sued only in his official

capacity as Secretary of the Agency.

## FACTUAL BACKGROUND

6.       Ms. Chrishon currently works as a Special Assistant to the Deputy Chief of

Business Operations, GS-15, at the U.S. Department of Agriculture.   The discrimination complained

of herein is the non-selection for the position of Director of Acquisition Management, ES-1102

located in the Department of Agriculture, Forest Service Division.   Ms. Chrishon was removed from

her former position as Director of Acquisition Management, GS-15 and reassigned to an

administrative position with considerably less responsibility.   After her reassignment, Ms. Chrishon's

former position was advertised as a Senior Executive Service position and a white male was selected

for the position.

7.       On or about November 1998, Ms. Chrishon was hired through a competitive

process for the position of Director of Acquisition Management within the Agency's Forest Service

division.   As Director of Acquisition Management (GS-15), her duties consisted of directing the

- 2 -

procurement of contracts, formulating and implementing Agency policies, supervising GS-15 level employees, and managing a division of well over 40 employees.  While employed by the Agency as Director of Acquisition Management, Ms. Chrishon performed exceptionally well as demonstrated by numerous awards and performance ratings.

8.    On or about May 2003, Ms. Chrishon was requested by Deputy Chief of the Forest Service, Tom Mills ("Mills"), and Associate Chief of the Forest Service, Sally Collins ("Collins"), to resign from her position as Director of Acquisition Management.  Ms. Chrishon reluctantly resigned after she was told directly by Collins that if she refused to resign from her position, she would be forcibly reassigned to another position.  Ms. Crishon felt as if she had no choice but to resign or else be forcibly removed or demoted to another position within the Agency.

9.    On or about June 29, 2003, Ms. Chrishon was reassigned by Mills and Collins to the Special Assistant to the Deputy Chief of Operations, Program Analyst position ("Special Assistant").  As Special Assistant from June 29, 2003, to the present, Ms. Crishon's duties consist solely of planning meetings and setting up conference calls.

10.    On or after June 29, 2003, Dale Fabian, a white male, who was previously supervised by Ms. Chrishon, was temporarily detailed to the Director of Acquisition Management position once Ms. Chrishon was reassigned.  On or about October 2004, Fabian vacated the position.

11.    On July 6, 2004, the Agency released SES Recruitment Announcement, Vacancy Announcement Number FS-SES-007-BO-2004-A., effectively announcing the position of Director of Acquisition Management, ES-1102, as a Senior Executive Service position, the highest salaried position in the federal government.  The vacancy was posted on-line and open government wide from July 6, 2004 to August 5, 2004.  The general description of duties of the position remained identical to those performed by Ms. Crishon when she held the position as a GS-15 level employee.

12.    Ms. Crishon timely applied for the previously held Director of Acquisition Management position as soon as the vacancy was announced.  Because she was SES certified, she should have been automatically placed on the certificate list of candidates to be interviewed for the

- 3 -

position.  However, on or about November 29, 2004, Ms. Chrishon was told that she had not made the list of candidates to be interviewed.  After learning that she was not on the interview list, she spoke with Dave Heerwagon, Associate Deputy Chief of the Forest Service who was on the committee that decided who would be interviewed.  Mr. Heerwagon informed Ms. Crishon that her application was not placed on the interview list because it was "not specific enough."

13.    On December 29, 2004, Ms. Chrishon was finally interviewed for the position by a three-member panel, consisting of Christopher Pyron, Director of Business Operations, SES; Jesse King, Associate Deputy Chief and Chief Financial officer; and Tammy Hannan, Director of the Albuquerque Service Center.  After the interview, she was told that she did not interview well for the position because "she looked at her notes" and did not respond to questions very well.

14.    On April 11, 2005, Chrishon was notified that she had not been selected for the position.   Instead, Ron Hooper, a white male, who was the previous Special Assistant prior to Chrishon's reassignment, was selected to be the Director of Acquisition Management despite not being SES certified.  As a consequence Mr. Hooper became Crishon's immediate supervisor.

## COUNT I
### (Discrimination Based Upon Race, Color and Gender)

15.    The non-selection of Ms. Chrishon for the Director of Acquisition Management position, as set forth above, constitutes unlawful discrimination by the defendant based on race, color and gender and as such, is a violation of Title VII of the Civil Rights Act of 1964, as amended.

16.    As a direct and proximate result of the defendant's unlawful discrimination, Ms. Chrishon has suffered and continues to suffer economic losses, lost pay and bonuses and other benefits, lost career opportunities and career damage, and both personal and professional humiliation, as well as physical and emotional pain.

- 4 -

### Prayer for Relief

**WHEREFORE,** Plaintiff prays that this Court enter judgment in her favor and against defendant on the claims brought herein and provides her with the following relief:

(1)     Enter judgment in Plaintiff's favor and against Defendant on each of the claims contained in this civil action;

(2)     Award Plaintiff compensatory damages against Defendant to the maximum allowed under Title VII of the Civil Rights Act of 1964 (with interest).

(3)     Order Defendant to transfer Plaintiff to a meaningful SES position that is comparable in grade, rank and real managerial responsibility to her former position as Director of Acquisition Management.

(4)     Enjoin Defendant from further discriminating against Plaintiff;

(5)     Award Plaintiff her costs of bringing and maintaining this civil action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. § 2000e-5(k);

(6)     Award such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Anthony Graham, Bar No. 426073
Jason C. Crump, Bar No. 465205
**SMITH GRAHAM & CRUMP, LLC**
9200 Basil Court, Suite 301
Largo, MD 20774
Tel. (301) 925-2001 Ext. 111
Fax (301) 925-2540

- 5 -

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury as to all issues herein.

Jason C. Crump