UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBBIE CHRISHON, | ) |
| | ) |
| Plaintiffs, | )   Civil Action No.: 06-1016 (RBW) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

The Clerk of Court will please withdraw the appearance of Assistant United States Attorney Kathleen Konopka, and enter the appearance of Assistant United States Attorney Alexander D. Shoaibi, as counsel for Defendant.

　　　　　　　　　　　　　　　　/s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

 I hereby certify that on this __15TH__ day of November, 2006, I caused the foregoing Notice of Appearance to be served on plaintiff, postage prepaid, addressed as follows:

> JASON C. CRUMP
> SMITH GRAHAM & CRUMP, LLC
> 9200 Basil Court, Suite 301
> Largo, MD 20774

          /s/
         ALEXANDER D. SHOAIBI
         Assistant United States Attorney