UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBBIE CHRISHON** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | : |
| v. | : C.A. No.: 06-1016 (RBW) |
| | : |
| | : |
| **MIKE JOHANNS, SECRETARY** | : |
| **DEPARTMENT OF AGRICULTURE** | : |
| | : |
| **Defendant.** | : |

## LOCAL RULE 16.3 JOINT REPORT

Pursuant to Rule 16.3 of the Local Rules of this Court, the parties hereby submit this Joint Report regarding all agreements reached in the parties' Local Rule 16.3 conference. The parties request that the Court adopt the agreed-upon matters in its Scheduling Order.

Counsel for Robbie Chrishon ("Plaintiff" or "Chrishon") has conferred with counsel for Defendant United States Department of Agriculture ("Defendant" or "Agency") pursuant to Local Rule 16.3. The parties have agreed to the following:

1. The parties request 120 days to conduct discovery.

2. The deadline for filing dispositive motions shall be 45 days after the close of discovery. Any Opposition to any dispositive motion should be filed within 30 days after the date of the service of the motion, and any Reply to any Opposition should be filed within 30 days after the service of the Opposition.

3. The case should not be assigned to a magistrate judge.

4. The parties have discussed settlement but have been unable to reach an agreement at this time. The parties should be in a better position to evaluate the prospects for settlement after obtaining additional factual information through discovery.

5. The parties believe that the case would not benefit from the parties' participation in the Court's Alternative Dispute Resolution procedures at this time. As this matter proceeds and upon the completion of discovery, however, the parties may reconsider the utility of ADR.

6. Initial Disclosures made pursuant to Local Rule 16.3(a)(2) should be made by March 8, 2007.

7. Each party should be limited to 33 interrogatories and 25 requests for production of documents. Each party should be limited to 7 depositions.

8. Plaintiffs shall be required to provide any expert witness reports and information by March 23, 2007. Defendant should be required to provide any expert witness reports and information by April 27, 2007.

9. The class action provisions of Local Rule 16.3 are inapplicable.

10. The parties do not believe that discovery or trial should be bifurcated or managed in phases.

11. The parties request that this Court schedule dates for pre-trial conferences and trial after ruling on any dispositive motions.

Respectfully submitted,

\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

Counsel for Defendant

\_\_\_\_/s/_____
JASON C. CRUMP, DC BAR #465205
SMITH GRAHAM & CRUMP, LLC
9200 Basil Court, Suite 301
Largo, MD 20774
(301) 925-2001

Counsel for Plaintiff