UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBBIE CHRISHON,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MIKE JOHANNS,** )<br>**SECRETARY, DEPARTMENT OF** )<br>**AGRICULTURE** )<br>)<br>**Defendant.** )<br>) | C. A. No.: 06-1016 (RBW/DAR) |

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE DISPOSITIVE MOTIONS AND FOR EXTENSION OF THE
DISCOVERY DEADLINE FOR THE PURPOSE OF SCHEDULING ONE DEPOSITION**

Defendant Department of Agriculture, by counsel, and with the consent of plaintiff, hereby moves for a sixty day enlargement of time in which to file dispositive motions with the Court. The present deadline for the filing of dispositive motions is August 31, 2007. This consent motion is in the interests of justice and should be granted for the following reasons:

1. The parties have cooperated and been extremely diligent in conducting extensive discovery in this case. Because of scheduling conflicts, however, plaintiff was unable to depose one employee of defendant, Ms. Sally Collins, within the period for discovery set by the Court.

2. Ms. Collins is available for deposition on September 18, 2007, and the parties are agreeable to allowing Ms. Collins's deposition to occur on that date. All other discovery in this case was concluded prior to the discovery cutoff of July 20, 2007.

3. The parties request this extension of time for the completion of discovery and for the

filing of dispositive motions because, despite their best efforts, the deposition of one witness remains to be done, and the parties should be able to consider all discovery in briefing dispositive motions.

    4.   The requested enlargement of time will not have an effect on any other previously scheduled deadlines. The parties still can proceed with the settlement conference scheduled before Magistrate Judge Robinson on October 9, 2007, and conduct other settlement conferences within the October 1, 2007 to November 30, 2007 settlement period set by the Court. In addition, the January 11, 2008 pretrial conference can take place as well with the additional time requested for discovery and the filing of dispositive motions.

    5. The parties have made no prior requests for enlargement of the deadlines for dispositive motions or for discovery.

    6. The suggested timeline for the filing of dispositive motions if this motion is granted would be as follows: dispositive motions due on October 31, 2007, oppositions due on November 28, 2007, replies due on December 12, 2007.

    7. Opposing counsel consents to the requested extension of time for his taking of Sally Collins's deposition on September 18, 2007 and to the extension of time for the filing of dispositive motions as outlined above.

Wherefore, defendant, by counsel, and with the consent of plaintiff, moves that discovery be extended for the taking of Sally Collins's deposition on September 18, 2007, and that the deadline for dispositive motions be extended from August 31, 2007 to October 31, 2007, the deadline for oppositions from September 28, 2007 to November 28, 2007, and the deadline for replies from October 12, 2007 to December 12, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

Case 1:06-cv-01016-RBW     Document 9     Filed 08/27/2007     Page 4 of 4