## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBBIE CHRISHON,** | ) |
| **Plaintiffs,** | ) C. A. No.: 06-1016 (RBW/DAR) |
| v. | ) |
| **MIKE JOHANNS,** <br> **SECRETARY, DEPARTMENT OF** <br> **AGRICULTURE** | ) |
| **Defendant.** | ) |

### ORDER

**UPON CONSIDERATION** of defendant's consent motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Discovery shall be extended for the taking of the deposition of Sally Collins on September 18, 2007. Furthermore, the deadline for the filing of dispositive motions shall be extended from August 31, 2007 to October 31, 2007; the deadline for oppositions shall be extended from September 28, 2007 to November 28, 2007; and the deadline for replies shall be extended from October 12, 2007 to December 12, 2007. All other dates contained in the scheduling order previously entered by this Court shall remain the same.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.